UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

YONINE LaCROIX, as the mother and
legal guardian for L.Y., a minor, and
L.Y., a minor using initials to protect his identity

                                  **Plaintiff,**

- against-

THE CITY OF NEW YORK, et al.,

                                  **Defendants.**

------------------------------------------------------------------x

INFANT COMPROMISE
ORDER

09-CV-3145 (RRM)(RLM)

       Upon reading and filing the Petition of YONINE LACROIX, filed on June 24, 2010; the Affirmation of MICHAEL P. MANGAN, ESQ., dated June 23, 2010; the Letters to the Court from Michael P. Mangan dated July 14, 2010 and July 23, 2010; and the Report and Recommendation of Magistrate Judge Roanne L. Mann dated August 4, 2010; and it appearing that the infant plaintiff, L XXXXX YXXX, being 16 years of age, having been born on May 8, 1994, and it further appearing that the defendant THE CITY OF NEW YORK having offered to settle the causes of action against it for personal injuries in the amount of TWENTY-FIVE THOUSAND DOLLARS ($25,000) and the appearance of the infant, LXXXXX YXXX, and his mother, YONINE LACROIX, having appeared before Magistrate Judge Mann with their attorney, the Law Offices of MICHAEL P. MANGAN LLC, on the 29th day of June 2010, and it further appearing that the best interests of the infant plaintiff shall be served by accepting such offer,

       NOW, on the motion of MICHAEL P. MANGAN LLC, attorney for the plaintiffs herein, it is

**ORDERED**, that the mother, YONINE LACROIX, be and she is hereby empowered to settle and compromise the infant's cause of action against the defendant, THE CITY OF NEW YORK, for the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), and it is further

**ORDERED**, that the defendant, THE CITY OF NEW YORK, pay as follows, the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00):

**ORDERED**, that the sum of EIGHT THOUSAND AND SIXTY-SIX DOLLARS AND SIXTY-SIX CENTS ($8,066.66) be received by the Law Offices of MICHAEL P. MANGAN LLC, for said counsel's legal fees and expenses; and it is further

**ORDERED**, that the sum of FIVE HUNDRED DOLLARS be received by the firm of ORNSTEIN & ORNSTE1N P.C., directly from the legal fee received by the Law Offices of MICHAEL P. MANGAN LLC, for said counsel's legal fees and expenses; and it is further

**ORDERED,** that upon compliance with the above provisions, the mother, YONINE LACROIX, is hereby authorized and empowered to execute and deliver a general release releasing the defendant, THE CITY OF NEW YORK, and discontinuing the instant action against the other defendants; and it is further

**ORDERED,** that the mother, YONINE LACROIX, shall deposit the net settlement proceeds in an interest-bearing bank account owned by and bearing the name of the plaintiff, LXXXXX YXXX, at Sovereign Bank, Homecrest Branch, 961 Kings Highway, Brooklyn, NY 11223; and it is further

**ORDERED** that no amounts shall be withdrawn, pledged or removed before LYXXXX

YXXX becomes eighteen years old, on May 8, 2012, unless an order directing same bears the raised seal of the Court, but that on May 8, 2012, all proceeds on deposit shall be available to LXXXXX YXXX.

SO ORDERED on _____ 2010:

_____
ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 8/10/10